IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

                                    :
UNITED STATES OF AMERICA
                                    :

     v.                             :   Criminal No. DKC 20-0018

                                    :
JOHN HAIRSTON
                                    :

                   **MEMORANDUM OPINION and ORDER**

     John Hairston initially consented to detention. (ECF No. 9). After entering a guilty plea, he requested a detention hearing due primarily to the health situation of one of his children. (ECF No. 30). Magistrate Judge Beth P. Gesner ordered him detained on May 3, 2021, after holding a detention hearing. (ECF No. 36). Mr. Hairston has now filed an appeal from that order (ECF No. 39).[1] The parties were advised that the court would review all of the information already available, and that they should supplement if they wished, but that an oral hearing might not be convened. (ECF No. 40). Neither party supplied further information. The court has read the initial pre-trial services report and has listened to a recording of the hearing before Judge Gesner.

     A person detained by a magistrate judge may seek review of that order by the district judge, and the court must make a de

---

[1] The motion to seal this document (ECF No. 38) is GRANTED. It contains sensitive medical information.

novo determination as to whether the findings of the magistrate judge are correct.  Pursuant to 18 U.S.C. § 3143(a)(1), Judge Gesner determined that, while there might be conditions sufficient to offset any risk of flight, she did not find by clear and convincing evidence that there were conditions that would offset concerns of danger to the community.[2]

Mr. Hairston pled guilty to conspiracy to distribute 280 grams or more of cocaine base and agreed to a statement of facts which included possession of a firearm.  The initial pre-trial services report recommended detention, after recounting his personal and family history, his criminal record, and other pertinent information.  The report did not address whether an aunt or his mother might be suitable third-party custodians.

In his appeal, Mr. Hairston again emphasizes the fragile health situation of one of his children and seeks release (permanently or temporarily) so he can be with that child, and the child's mother, in the hospital.  And, like Judge Gesner, the undersigned is sympathetic to that desire.  Mr. Hairston is reported to have been very involved in the child's care prior to his arrest in this case.  He proposes to live with other family

---

[2] Given the nature of the offense for which he has been found guilty, release is governed by 3143(a)(2), which would require also either that there is a substantial likelihood that a motion for acquittal or a new trial will be granted or an attorney for the government recommends that no sentence of imprisonment be imposed.  Neither circumstance is present here.

2

members away from the neighborhood he lived in prior to this arrest. But the release decision must be based on a review of all of the relevant considerations, and the legal framework, for a person who has been found guilty of a very serious offense. While his conduct since this arrest, and his laudable desire to provide emotional support to his child and the child's mother, might show an improving disposition against criminal activity, his conduct before that paint a different picture. The prior conviction, his poor performance while under supervision, and his past associations, along with the current offense are not offset sufficiently to meet the standard necessary for release.

Accordingly, it is this 24th day of June, 2021, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Upon de novo determination, the detention order entered by Magistrate Judge Beth Gesner dated May 3, 2021 BE, and the same hereby IS, CONFIRMED;

2. The motion to seal (ECF No. 38) BE, and the same hereby IS, GRANTED; and

3. The Clerk will transmit a copy of this Memorandum Opinion and Order to counsel of record.

                                                       /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge